IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jeffries, Robert | Case Number: 07 B 21509 |
|---|---|---|
| | Jeffries, Sandra | Judge: Squires, John H |
| | Printed: 6/24/08 | Filed: 11/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: June 16, 2008
Confirmed: February 13, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 800.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 756.80 |
| Trustee Fee: | | 43.20 |
| Other Funds: | | 0.00 |
| Totals: | 800.00 | 800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,501.50 | 756.80 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 13,367.40 | 0.00 |
| 4. | Internal Revenue Service | Priority | 27,737.18 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 3,914.41 | 0.00 |
| 6. | RJM Acquisitions LLC | Unsecured | 11.44 | 0.00 |
| 7. | Jefferson Capital | Unsecured | 66.26 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 144.46 | 0.00 |
| 9. | Condor Capital Corp | Unsecured | 1,740.47 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 35.11 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 551.50 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 35.70 | 0.00 |
| 13. | Wellgroup Health Partners | Unsecured | 38.89 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 10.00 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 18.28 | 0.00 |
| 16. | Capital One | Unsecured | 92.65 | 0.00 |
| 17. | Jefferson Capital Systems LLC | Unsecured | 32.79 | 0.00 |
| 18. | Internal Revenue Service | Unsecured | 738.89 | 0.00 |
| 19. | Midland Credit Management | Unsecured | 60.22 | 0.00 |
| 20. | Capital One | Unsecured | 127.81 | 0.00 |
| 21. | Portfolio Recovery Associates | Unsecured | 85.75 | 0.00 |
| 22. | City Of Chicago Dept Of Revenue | Unsecured | 52.00 | 0.00 |
| 23. | Portfolio Recovery Associates | Unsecured | 29.06 | 0.00 |
| 24. | Illinois Dept of Revenue | Unsecured | 59.70 | 0.00 |
| 25. | Portfolio Recovery Associates | Unsecured | 27.64 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jeffries, Robert | Case Number: 07 B 21509 |
| --- | --- | --- |
| | Jeffries, Sandra | Judge: Squires, John H |
| | Printed: 6/24/08 | Filed: 11/15/07 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | National Credit System | Unsecured | 283.68 | 0.00 |
| 27. | Credit Union One | Unsecured | 462.66 | 0.00 |
| 28. | Portfolio Recovery Associates | Unsecured | 80.29 | 0.00 |
| 29. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 30. | Aunt Martha's Community Health Center | Unsecured | | No Claim Filed |
| 31. | Kid Care | Unsecured | | No Claim Filed |
| 32. | AT&T | Unsecured | | No Claim Filed |
| 33. | Allied Interstate, Inc | Unsecured | | No Claim Filed |
| 34. | CB Accounts | Unsecured | | No Claim Filed |
| 35. | Cavalry Investments, LLC | Unsecured | | No Claim Filed |
| 36. | CBCS | Unsecured | | No Claim Filed |
| 37. | CCA | Unsecured | | No Claim Filed |
| 38. | CBA | Unsecured | | No Claim Filed |
| 39. | Charles A Amenta III MD | Unsecured | | No Claim Filed |
| 40. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 41. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 42. | Fedex | Unsecured | | No Claim Filed |
| 43. | CBA | Unsecured | | No Claim Filed |
| 44. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 45. | Illinois Secretary Of State | Unsecured | | No Claim Filed |
| 46. | Medical Collections | Unsecured | | No Claim Filed |
| 47. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 48. | MRSI | Unsecured | | No Claim Filed |
| 49. | MRSI | Unsecured | | No Claim Filed |
| 50. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 51. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 52. | Oak Lawn Radiologists SC | Unsecured | | No Claim Filed |
| 53. | Nicor Gas | Unsecured | | No Claim Filed |
| 54. | Radiology Center | Unsecured | | No Claim Filed |
| 55. | Public Storage | Unsecured | | No Claim Filed |
| 56. | Primary Care | Unsecured | | No Claim Filed |
| 57. | Trust Receivable Services | Unsecured | | No Claim Filed |
| 58. | Medical Collections | Unsecured | | No Claim Filed |
| 59. | Well Group Health Partners | Unsecured | | No Claim Filed |
| 60. | Silverleaf Resorts Inc | Unsecured | | No Claim Filed |
| 61. | West Asset Management | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 53,305.74 | $ 756.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.4% | 43.20 |
| | _____ |
| | $ 43.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**    Jeffries, Robert                       Case Number: 07 B 21509
               Jeffries, Sandra                      Judge: Squires, John H
               Printed: 6/24/08                       Filed: 11/15/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                      Marilyn O. Marshall, Trustee, by:

